# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jerry Johnson, | Case No. 2:20-cv-01835-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Brian Williams, et al., | |
| Defendants. | |

Before the Court are Plaintiff and Defendants' competing discovery plans. (ECF Nos. 53, 54). Because Defendants' discovery plan complies with the Court's order reopening discovery (ECF No. 52), the Court grants Defendants' proposed deadlines and denies Plaintiff's.

**IT IS THEREFORE ORDERED** that Defendants' discovery plan (ECF No. 54) is **granted** and that Plaintiff's discovery plan (ECF No. 53) is **denied.**

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Discovery cutoff: | November 22, 2023 |
| Dispositive motions: | December 4, 2023 |
| Joint pretrial order: | January 3, 2024 |

DATED: October 26, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE