# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jerry E. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Brian Williams, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01835-RFB-DJA<br><br>**Order** |

Before the Court is Defendants' discovery plan and scheduling order. (ECF No. 69). Defendants filed the discovery plan in compliance with the Court's prior order instructing the parties to file a joint discovery plan with a discovery period of at least ninety days. (ECF No. 68). However, Defendants explain that they were unable to receive a response from Plaintiff before the deadline to submit the plan. Nonetheless, Plaintiff did not respond to the plan, indicating his consent to the Court granting it under Local Rule 7-2(d). The Court thus grants the plan in part and denies it in part. It denies it in part only to the extent that the Court *sua sponte* calculates the deadlines thirty days out from this order given the closeness of the date of this order to certain of the deadlines that Defendants propose.

**IT IS THEREFORE ORDERED** that Defendants' discovery plan (ECF No. 69) is **granted in part and denied in part.** It is denied in part only to the extent that the Court extends the deadlines that Defendants propose. It is granted in part in all other respects.

///

///

///

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Expert disclosures: | September 18, 2024 |
| Rebuttal expert disclosures: | October 18, 2024 |
| Discovery cutoff: | November 18, 2024 |
| Dispositive motions: | December 18, 2024 |
| Joint pretrial order: | January 17, 2025[1] |

DATED: August 19, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.