# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jerry E. Johnson,<br><br>    Plaintiff,<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Defendants. | Case No. 2:20-cv-01835-RFB-DJA<br><br>**Order** |

  Before the Court is Defendants' motion to extend time to file dispositive motions. (ECF No. 83). Plaintiff has not responded to Defendants' motion, constituting his consent to the Court granting it. *See* LR 7-2(d). The Court also finds that Defendants have demonstrated good cause to extend the dispositive motion deadline. Fed. R. Civ. P. 16(b)(4); LR 26-3. So, the Court grants the motion in part. The Court denies the motion in part because it seeks to set a non-specific deadline. The Court declines to set the dispositive motion deadline thirty days after Plaintiff updates his address. Instead, in the interest of setting concrete deadlines, the Court will extend this deadline by sixty days.

  Additionally, Plaintiff's mail has been returned as undeliverable. It appears that Plaintiff is no longer at the High Desert State Prison. Public records indicate he is at the Ely State Prison. So, the Court will order Plaintiff to update his address and will send him a copy of this order. *See* LR IA 3-1 (explaining that a pro se party must immediately file with the court written notification of any change of mailing address and that failure to do so may result in the dismissal of the action).

///

///

///

**IT IS THEREFORE ORDERED** that Defendants' motion to extend time (ECF No. 83) is **granted in part and denied in part.** It is granted in part regarding Defendants' request for an extension. It is denied in part regarding Defendants' request for a non-specific deadline. The following deadlines shall govern:

Dispositive motions:   June 9, 2025

Joint pretrial order:   July 9, 2025[1]

**IT IS FURTHER ORDERED** that Plaintiff must update his address on or before **May 23, 2025.** Failure to do so may result in the recommended dismissal of this action. The Clerk of Court is kindly directed to send Plaintiff a copy of this order at his address on the docket and at the address below:

Jerry Johnson #1178106
Ely State Prison
P.O. Box 1989
4569 North State Route 490
Ely, Nevada 89301

DATED: April 23, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.