AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY E. JOHNSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.<br><br>                    Defendants. | Case No.  2:20-cv-01835-RFB-DJA<br><br>**ORDER <u>RE</u>**<br>**MOTION FOR EXTENSION OF TIME**<br>**TO COMPLY WITH THIS COURT'S**<br>**ORDER**<br>**(ECF No. 107)** |

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, hereby request an extension of time to comply with this Court's order. ECF No. 107. This is the first request the Defendants have made.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.    RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT

On August 1, 2025, this Court ordered Defendants to provide Plaintiff with a privilege log regarding redactions to shift logs, as well as meet and confer with Plaintiff regarding the amount of fees. ECF No. 107. The Court gave Defendants until today, September 2, 2025, to comply. *Id.*

There is currently an ongoing statewide outage, which blocks the Attorney General's Office's VPN access. Therefore, Counsel for Defendant is unable to access case

files and documents. Defendants' counsel has been unable to consistently work on any cases or obligations, including this one. The Court has been informed by General Counsel of the issue. Therefore, Counsel requests an additional 21 days to comply with this Court's order, making the new response deadline to be September 23, 2025. Defendants are asking for 21 days at this point, and will update the Court should additional time be necessary.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as the trial date is not imminent. The requested extension of time should permit the Defendants to file a proper and complete response to the motion to allow the Court to rule on all of the claims raised.  Therefore, the Defendants request additional time to prepare and file the response.

///
///
///
///
///
///
///
///
///
///
///

2

1

## II.    CONCLUSION

2      Defendants assert that the requisite good cause and extenuating circumstance is

3   present to warrant the requested extension of time. Therefore, the Defendants requests

4   an extension, until September 23, 2025, to file Dispositive Motions.

5      DATED this 2nd day of September 2025.

6                                          AARON D. FORD
                                           Attorney General
7

8                              By:    /s/ *Victoria C. Corey*
                                      VICTORIA C. COREY, Bar No. 16364
9                                     Senior Deputy Attorney General

10                                    *Attorneys for Defendants*

11

12

13

14

15   For good cause appearing therein,  IT IS SO ORDERED that Defendant's motion (ECF No. 112) is
     GRANTED.  Defendants shall have until September 23, 2025 within which to comply with the
16   Court's order 107.

17   DATED: 9/5/2025

18

19

20   _____

21   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE**

2        I certify that I am an employee of the State of Nevada, Office of the Attorney

3  General, and that on September 2, 2025, I electronically filed the foregoing, **MOTION**

4  **FOR EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER**, via this

5  Court's electronic filing system. Parties that are registered with this Court's electronic

6  filing system will be served electronically. For those parties not registered, service was

7  made by depositing a copy for mailing in the United States Mail, first-class postage

8  prepaid, at Carson City, Nevada, addressed to the following:

9        Jerry E. Johnson #1178106
        Ely State Prison
10       P.O. Box 1989
        Ely, Nevada 89301

11

12                              _____

13                              An employee of the
                               Office of the Nevada Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28