AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants*
*Calvin Johnson, Alexis Lozano, Ronald Oliver,*
*Harold Wickham, and Brian Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY E. JOHNSON,<br><br>               Plaintiff,<br><br>vs.<br><br>BRIAN WILLIAMS, et al.<br><br>               Defendants. | Case No. 2:20-cv-01835-RFB-DJA<br><br>**ORDER RE**<br>**MOTION FOR EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER**<br>**(ECF No. 107)**<br><br>**Second Request** |

Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Senior Deputy Attorney General, hereby request an extension of time to comply with this Court's order. ECF No. 107. This is the second request the Defendants have made for an extension of the subject deadline.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.**    **RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT**

On August 1, 2025, this Court ordered Defendants to provide Plaintiff with a privilege log regarding redactions to shift logs, as well as to meet and confer with Plaintiff regarding the amount of fees he seeks. ECF No. 107. This Court gave Defendants until September 2, 2025, to comply. *Id.* On September 8, 2025, this Court granted Defendants

///

1

1  first extension request, giving Defendants until September 23, 2025, to comply. ECF No.
2  115.

3  Undersigned counsel spoke with Plaintiff on September 12, 2025, regarding the
4  ongoing statewide network outage, and explained that undersigned counsel still does not
5  have access to Plaintiff's case file and documents. Undersigned counsel informed Plaintiff
6  that she will likely have to request another extension, which Plaintiff indicated he
7  understood and was okay with.

8  The ongoing statewide network outage, which blocks the Attorney General's
9  Office's access to case management software, is still ongoing. Therefore, Counsel for
10 Defendants is unable to access case files and documents related to this litigation.
11 Defendants' counsel has been unable to consistently work on any cases or obligations,
12 including this one, while the Governor's Technology Office continues to respond to the
13 network outage. This Court has been informed by General Counsel for the Attorney
14 General's Office of the issue. Therefore, undersigned Counsel requests an additional 21
15 days to comply with this Court's order, making the new response deadline October 14,
16 2025. Defendants are asking for 21 days at this point and will update this Court should
17 additional time be necessary. Undersigned counsel is working diligently to find a
18 workaround for this issue in order to provide Plaintiff with the required privilege log.

19 Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as
20 follows:

21
22
23
24
> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

25 Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as
26 the trial date is not imminent and Plaintiff indicated he understood the basis for the
27 requested extension of time. The requested extension of time should permit the
28 Defendants to file a proper and complete response as ordered by this Court, including the

2

necessary privilege log. Therefore, the Defendants argue the requisite good cause exists for this Court to grant the requested extension.

## II. CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance is present to warrant the requested extension of time. Therefore, the Defendants request a second extension, until October 14, 2025, to comply with this Court's Order.

DATED this 23rd day of September 2025.

AARON D. FORD
Attorney General

By:   /s/ *Victoria C. Corey*
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General

*Attorneys for Defendants*

For good cause appearing therein, IT IS SO ORDERED that Defendant's motion (ECF No. 116) is GRANTED. Defendants shall have until October 14, 2025 within which to comply with the Court's order 107.

DATED: 9/25/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on September 23, 2025, I electronically filed the foregoing, **MOTION FOR EXTENSION OF TIME TO COMPLY WITH THIS COURT'S ORDER (ECF No. 107) Second Request**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

> Jerry E. Johnson #1178106
> Ely State Prison
> P.O. Box 1989
> Ely, Nevada 89301

_____
An employee of the
Office of the Nevada Attorney General